PLUMMER V REEVES



NO. 07-02-0112-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



MAY 15, 2002


______________________________



JOHN JOSEPH HINDERA




 Appellant


v.



NELSON DOMETRIUS




 Appellee

_________________________________



FROM THE 237TH DISTRICT COURT OF LUBBOCK COUNTY;



NO. 99-507,408; HON. SAM MEDINA, PRESIDING


_______________________________



ORDER OF ABATEMENT


_______________________________



Before BOYD, C.J., and QUINN and REAVIS, JJ.

 John Joseph Hindera (appellant) appeals the February 1, 2001 judgment of the
237th District Court of Lubbock County in favor of appellee. Subsequent to the filing of the
notice of appeal, this court received notice from appellant's counsel that he had filed a
voluntary petition as debtor under Chapter 7 of the United States Bankruptcy Code. Said
notice included a file-marked copy of said petition. Pursuant to 11 U.S.C. § 362, any
further action in this appeal is automatically stayed. 

 Under these circumstances, and for administrative purposes, this appeal is removed
from the docket of this Court and abated. The appeal will be reinstated upon proper
motion showing that the stay has been lifted or that the Court may otherwise proceed with
the disposition of the cause.

 Accordingly, the appeal is abated.


 Per Curiam

 



Do not publish.



o not publish.